RECEIVED

SEP 2 8 2015

DEBORAH S. HUNT, Clerk

# United States District Court for the EASTERN District of MICHIGAN

**JOSEPH F. OLIVARES**

**Appellant/Plaintiff,**

vs.                                                    **CASE NO. 13-12982**

**BETH YAROCK, JENNIFER HALL (INDIVIDUALLY)**

**ANN ARBOR HOUSING COMMISSION**

**Appellee/Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that JOSEPH F. OLIVARES, hereby appeal to the United States Court of Appeals for the Sixth Circuit from THE FINAL JUDGMENT entered in this action on the 21st day of SEPTEMBER 2015, THE HONORABLE VICTORIA ROBERTS.

The judgment entered is procedurally void, under 28 USC 363(b)(1)(B), as well as (A), and should be preemptory reversed, based upon the record, which clearly demonstrates, that there was no hearing at any time in this matter to which a previous order entered, as well as a Summary Judgment, to which there is no counterclaim or defense stated, by Appellee's, for said Judgment to attach.

Joseph F. Olivares
2581 International Dr. 1220C
Ypsilanti, MI. 48226

SEPT 24 2015
DATED

cc: Matt Brauer 333 W. Fort Street Detroit MI. 48226
     6th Circuit Court of Appeals

6CA3
1/99

Case: 15-2171  Document: 3  Filed: 09/30/2015  Page: 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH F. OLIVARES,

      Plaintiff,

vs

                              Case No: 13-12982
                              Honorable Victoria A. Roberts

BETH YAROCH, ET AL,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 71)

On July 23, 2015, Magistrate Judge Mona Majzoub issued a Report and

Recommendation ("R&R") recommending that the Court grant Defendants' Motion for

Summary Judgment, and deny Plaintiff's Motion for Extension of Time as moot.  On

August 3, 2015, Plaintiff filed objections to the R&R; Defendants responded.

In accordance with 28 U.S.C. § 363(b)(1)(B), the court reviewed *de novo* the

R&R and Plaintiff's objections.  The Court agrees with Magistrate Judge Majzoub's

conclusion.

The Court ADOPTS the R&R; Defendants' Motion for summary judgment (Doc.

58) is GRANTED; Plaintiff's Motion for Extension of Time (Doc. 66) is DENIED AS

MOOT.  This case is DISMISSED in its entirety.

      IT IS ORDERED.

                                  /s/ Victoria A. Roberts
                                  Victoria A. Roberts
                                  United States District Judge

Dated:  September 21, 2015



JOSEPH OLIVARES
2581 Ent Dr 1220C
Y Psi MI 48197

METROPLEX MI 480

24 SEP 2015 PM 15 L

Potter Stewart U.S. Court house
Clerk of court
100 East Fifth St
Cinn, Ohio 45202

45202390599

Case: 15-2171   Document: 3   Filed: 09/30/2015   Page: 3