UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JOSEPH F. OLIVARES,

    Plaintiff-Appellant,

vs.

JENNIFER HALL (individually)
Executive Director for
Ann Arbor Housing Commission    Case No:  15-2171
BETH YAROCH (individually)
Housing Director East,

    Defendants-Appellees.

_____

| | |
|---|---|
| JOSEPH F. OLIVARES<br>In Pro Per<br>2581 International Drive<br>Apt. 1220C<br>Ypsilanti, MI 48197-3108 | MATTHEW A. BRAUER P46082<br>RUTLEDGE, MANION, RABAUT,<br> TERRY & THOMAS, P.C.<br>Attorneys for Defendants-<br>Appellees<br>333 W. Fort Street, #1600<br>Detroit, MI 48226<br>Tel: (313) 965-6100<br>Fax: (313) 965-6558<br>mbrauer@rmrtt.com |

_____

**<u>APPEARANCE</u>**

TO:  CLERK OF THE COURT,
    PLAINTIFF IN PRO PER

    PLEASE TAKE NOTICE that MATTHEW A. BRAUER and the firm of RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C., is this day entering its appearance for and on behalf of Defendants-Appellees, in the above-entitled cause of action.

RESPECTFULLY SUBMITTED,

RUTLEDGE, MANION, RABAUT,
 TERRY & THOMAS, P.C.

By: __/s/ Matthew A. Brauer_____
    MATTHEW A. BRAUER P46082
    Attorney for Defendants-
    Appellees
    333 W. Fort Street, #1600
    Detroit, MI 48226
    (313) 965-6100

Dated:  October 2, 2015

2